UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE CAGNO,<br>　　　　　Plaintiff,<br>　　v.<br>EVERETT FINANCIAL, INC.,<br>　　　　　Defendant. | Case No. 25-cv-03700-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Peter H. Kang for consideration of whether the case is related to *Cagno v. Supreme Mortgage Lending, Inc.*, 24-cv-04713-PHK.

**IT IS SO ORDERED.**

Dated: August 8, 2025

　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge