UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE CAGNO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPREME MORTGAGE LENDING, INC.,<br><br>　　　　Defendant. | Case No. 24-cv-04713-PHK<br><br>**JUDGMENT** |

On December 12, 2025, the Court entered an Order dismissing this action with prejudice. Pursuant to Federal Rule of Civil Procedure 41(b), the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: 12/12/2025

_____
PETER H. KANG
United States Magistrate Judge